IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



**FILED**

APR 0 4 2017

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WILDEARTH GUARDIANS; THE HUMANE SOCIETY OF THE UNITED STATES; FUND FOR ANIMALS,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, Secretary of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE; and JIM KURTH, U.S. Fish and Wildlife Service Acting Director,<br><br>Defendants. | CV 17–44–M–DLC<br><br>ORDER |

Plaintiffs Center for Biological Diversity, WildEarth Guardians, The Humane Society of the United States and Fund for Animals move for the admission of Collette L. Adkins to practice before this Court in this case with Sarah McMillan to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Collette L. Adkins *pro hac vice* (Doc. 2) is GRANTED on the condition that Ms. Adkins does her own work. This means that she must: (1) do her own writing; (2) sign her own

pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Adkins, within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth above.

DATED this 4th day of April, 2017.

Dana L. Christensen, Chief Judge
United States District Court