Sarah McMillan (MT Bar. No. 3634)
WildEarth Guardians
P.O. Box 7516
Missoula, Montana 59807

Collette Adkins, (MN Bar. No. 035059X)
Admitted *pro hac vice*
Center for Biological Diversity
P.O. Box 595
Circle Pines, Minnesota 55014-0595
651-955-3821
cadkins@biologicaldiversity.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____
                                                        )
CENTER FOR BIOLOGICAL DIVERSITY; )
WILDEARTH GUARDIANS; THE          )
HUMANE SOCIETY OF THE UNITED      )
STATES; and THE FUND FOR ANIMALS, )
                                                        )
    *Plaintiffs*,                              ) Case No: 9:17-cv-00044-DLC
                                                        )
    v.                                           ) **AFFIDAVIT OF SERVICE**
                                                        )
RYAN ZINKE, Secretary of the Interior, in )
his official capacity; UNITED STATES       )
FISH AND WILDLIFE SERVICE; and JIM )
KURTH, U.S. Fish and Wildlife Service      )
Acting Director, in his official capacity;    )
                                                        )
    *Defendants*.                              )
_____ )

I hereby certify that service of the Complaint, Summons, and Civil Cover Sheet for the above captioned case took place as described below.

On April 10, 2017, a copy of the Complaint, Summons, and Civil Cover Sheet were sent by certified mail, return receipt requested, to the following parties:

Ryan Zinke, Secretary
U.S. Department of Interior
1849 C Street, N.W.
Washington, D.C. 20240-0002

Jim Kurth, Interim Director
U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240-1001

U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240-1001

U.S. Attorney
P.O. Box 8329
Missoula, MT 59807

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Secretary Ryan Zinke, Interim Director Jim Kurth, the U.S. Fish and Wildlife Service, and the U.S. Attorney General received the documents on April 17, 2017.  The U.S. Attorney received the documents on April 19, 2017.

Receipts and delivery confirmation verifying this information are attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2017.

Dated:  May 23, 2017	*/s/ Cynthia Elkins*
Cynthia Elkins, Paralegal
Center for Biological Diversity
P.O. Box 220
Whitethorn, CA 95589

# EXHIBIT A









**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

| Certified Mail Fee | $3.35 | 0471 16 |
|---|---|---|

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required     $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $1.82
Total Postage and Fees  $7.92

Sent To: US Attorney General
Street and Apt. No., or PO Box No: 950 Pennsylvania Av, NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047

Postmark APR 10 2017

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Dept. of Justice
950 Pennsylvania Av, NW
Washington, DC 20530-0001

9590 9403 0537 5173 6341 95

2. Article Number *(Transfer from service label)*
7015 0640 0006 3443 8500

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 17 2017

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

APR 17 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   stricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70150640000634438531

▶  ▶  ● Delivered

**Updated Delivery Day:** Monday, April 17, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940305375173634188 (/go/TrackConfirmAction?tLabels=9590940305375173634188)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 17, 2017, 8:30 am** | **Delivered, Left with Individual** | **WASHINGTON, DC 20240** |

Your item was delivered to an individual at the address at 8 30 am on April 17, 2017 in WASHINGTON, DC 20240.

| | | |
|---|---|---|
| April 16, 2017, 10:52 am | Business Closed | WASHINGTON, DC 20240 |
| April 16, 2017, 10:09 am | Arrived at Hub | WASHINGTON, DC 20018 |
| April 15, 2017, 4:08 am | In Transit to Destination | |
| April 14, 2017, 4:57 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| April 13, 2017, 9:08 pm | Arrived at USPS Destination Facility | WASHINGTON, DC 20066 |
| April 11, 2017, 6:42 pm | In Transit to Destination | |
| April 10, 2017, 7:44 pm | Departed USPS Facility | EUREKA, CA 95501 |
| April 10, 2017, 6:42 pm | Arrived at USPS Origin Facility | EUREKA, CA 95501 |
| April 10, 2017, 4:40 pm | Departed Post Office | EUREKA, CA 95501 |
| April 10, 2017, 1:27 pm | Acceptance | EUREKA, CA 95501 |

See Less ⌃

## Available Actions

# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70150640000634438548

▶ ▶ ▶ Delivered

**Updated Delivery Day:** Monday, April 17, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 95909403053751173634171
(/go/TrackConfirmAction?tLabels=95909403053751173634171)

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **April 17, 2017, 8:30 am** | **Delivered, Left with Individual** | **WASHINGTON, DC 20240** |

Your item was delivered to an individual at the address at 8:30 am on April 17, 2017 in WASHINGTON, DC 20240.

| | | |
| --- | --- | --- |
| April 16, 2017, 10:52 am | Business Closed | WASHINGTON, DC 20240 |
| April 16, 2017, 10:09 am | Arrived at Hub | WASHINGTON, DC 20018 |
| April 15, 2017, 4:08 am | In Transit to Destination | |
| April 14, 2017, 4:57 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| April 13, 2017, 9:08 pm | Arrived at USPS Destination Facility | WASHINGTON, DC 20066 |
| April 11, 2017, 6:42 pm | In Transit to Destination | |
| April 10, 2017, 7:44 pm | Departed USPS Facility | EUREKA, CA 95501 |
| April 10, 2017, 6:42 pm | Arrived at USPS Origin Facility | EUREKA, CA 95501 |
| April 10, 2017, 4:40 pm | Departed Post Office | EUREKA, CA 95501 |