IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WILDEARTH GUARDIANS; THE HUMANE SOCIETY OF THE UNITED STATES; FUND FOR ANIMALS, <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN ZINKE, Secretary of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE; and JIM KURTH, U.S. Fish and Wildlife Service Acting Director, <br><br> Defendants. | CV 17–44–M–DLC <br><br> ORDER |

The parties have filed a Stipulated Settlement Agreement (Doc. 16). Finding good cause shown,

IT IS ORDERED that the terms and conditions of the parties' Stipulated Settlement Agreement (Doc. 16) are hereby adopted as enforceable. The above-captioned case is DISMISSED WITH PREJUDICE.

DATED this 1st day of March, 2018.

Dana L. Christensen, Chief Judge
United States District Court